BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>CELIA NIPPER,<br>  a.k.a. Celia Arrand,<br>    Defendant. | CASE NO. CR 16-0043 HSG<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME** |

The parties appeared before the Honorable Haywood S. Gilliam, Jr. on September 26, 2016, for a status conference before the district court.  With the agreement of counsel for the parties and the defendant, the Court found and held as follows:

    1.    The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 26, 2016, to November 7, 2016.  Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery, conduct investigation, and consult with the defendant.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the above-referenced period of time outweigh the best interest of the public and the defendant in a

STIPULATION AND ORDER EXCLUDING TIME
CR 16-0043 HSG

speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. In addition, the defendant is not available during much of this time due to treatment she is receiving for a serious medical issue, and her appearance cannot be obtained by due diligence. 18 U.S.C. § 3161(h)(3)(A).

4. Accordingly, and with the consent of the defendant, the Court ordered that the above-referenced period of time be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A) , (h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: September 29, 2016

/s/
JEROME MATTHEWS
Counsel for Celia Nipper

DATED: September 29, 2016

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 30, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 16-0043 HSG