STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    Fax: (415) 436-6570
    Email: Shining.Hsu@usdoj.gov

Attorneys for Plaintiff

FILED
Mar 08 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CELIA NIPPER, <br><br> Defendant. | CASE NO. 16-CR-0043 HSG <br><br> **WRIT OF EXECUTION** <br><br> [Property Address: 14577 Camenzind Ct., Chico, CA 95973] |

TO: THE UNITED STATES MARSHAL:

    Celia Nipper, Debtor, is indebted to the United States in the amount of $2,532,072.98, plus post-judgment interest of 2.31%, as of July 14, 2021, on account of an amended criminal judgment entered on May 8, 2018, in the United States District Court for the Northern District of California in the above-captioned matter. The United States also seeks the ten percent (10%) litigation surcharge of the unpaid restitution ($253,207.30) authorized pursuant to 28 U.S.C. § 3011(a). Thus, the total amount sought by this writ is $2,785,280.28. Celia Nipper's last known address is 205 MacArthur Blvd, Oakland, CA 94610.

WRIT OF EXECUTION
CASE NO: 16-CR-0043 HSG

1

YOU ARE HEREBY COMMANDED to proceed without delay to satisfy the judgment by levying on and selling property in which the defendant has a substantial nonexempt interest, but not to exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs, and interests, and by executing upon property of the defendant including, but not limited to Celia Nipper's interest in real property held in legal title in the name of Kasey Nipper as Celia Nipper's nominee and located at:

**Assessor's Parcel Number 047-220-100
and commonly known as
14577 Camenzind Court
Chico, CA 95973
(the "Subject Property")**

28 U.S.C. § 3203(c)(2)(B).

You shall conduct the execution sale in a commercially reasonable manner pursuant to 28 U.S.C. § 3203(g) and the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 et seq., and you shall distribute the sale proceeds pursuant to 28 U.S.C. § 3203(h) and the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 et seq.

In performing the levy, you may use reasonable force to enter any property owned, occupied, or controlled by the Debtor, including the Debtor's residence, and take possession of the Subject Property, if you are unable to enter by contacting occupant Kasey Nipper, through her counsel, Brendan Hickey with 48 hours notice.

You shall levy real property by entering the property and posting the writ and notice of levy in a conspicuous place upon the property.

You shall file a copy of the notice of levy in the same manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of section 6323(f) of the Internal Revenue Code of 1986. You shall also serve a copy of the writ and notice of levy on the defendant against whom the writ was issued and the person who has possession of the property subject to the writ in the same manner that a summons is served in a civil action and make the return thereof within 150 days of the issuance of this writ, in accordance with 28 U.S.C. §§ 3203(d)(1) and 3102(d), as modified by the Court pursuant to 28

WRIT OF EXECUTION
CASE NO: 16-CR-0043 HSG

2

1  U.S.C. § 3013.

2      You are authorized, at your discretion, to contract with a real estate or brokerage firm for the
3  listing, marketing, and sale of the Subject Property in order to maximize the sales proceeds. You are
4  further authorized to contract with vendors to appraise, auction, sell, store, or otherwise dispose of the
5  personal property contents remaining upon the occupants' vacating the property, separately from the
6  Subject Property if doing so will yield additional proceeds to satisfy the writ amount.

7      You shall conduct the sale of real property pursuant to 28 U.S.C. § 3203(g)(1)(A), which is set
8  forth below in its entirety:

9      (A)  Sale of real property --

10      (i)  In general--

11      (I)  Except as provided in clause (ii), real property, or any interest therein, shall be sold, after the
12  expiration of the 90-day period beginning on the date of levy under subsection (d), for cash at public
13  auction at the courthouse of the county, parish, or city in which the greater part of the property is located
14  or on the premises or some parcel thereof.

15      (II)  The court may order the sale of any real property after the expiration of the 30-day period
16  beginning on the date of levy under subsection (d) if the court determines that such property is likely to
17  perish, waste, be destroyed, or otherwise substantially depreciate in value during the 90-day period
18  beginning on the date of levy.

19      (III)  The time and place of sale of real property, or any interest therein, under execution shall be
20  advertised by the United States marshal, by publication of notice, once a week for at least 3 weeks prior
21  to the sale, in at least one newspaper of general circulation in the county or parish where the property is
22  located. The first publication shall appear not less than 25 days preceding the day of sale. The notice
23  shall contain a statement of the authority by which the sale is to be made, the time of levy, the time and
24  place of sale, and a brief description of the property to be sold, sufficient to identify the property (such
25  as a street address for urban property and the survey identification and location for rural property), but it
26  shall not be necessary for the notice to contain field notes. Such property shall be open for inspection
27  and appraisal, subject to the judgment debtor's reasonable objections, for a reasonable period before the
28

1 day of sale.

2     (IV) The United States marshal shall serve written notice of public sale by personal delivery, or
3 certified or registered mail, to each person whom the marshal has reasonable cause to believe, after a
4 title search is conducted by the United States, has an interest in property under execution, including
5 lienholders, co-owners, and tenants, at least 25 days before the day of sale, to the last known address of
6 each such person.

7     (ii) Sale of city lots. If the real property consists of several lots, tracts, or parcels in a city or
8 town, each lot, tract, or parcel shall be offered for sale separately, unless not susceptible to separate sale
9 because of the character of improvements.

10     (iii) Sale of rural property. If the real property is not located in a city or town, the judgment
11 debtor may--

12     (I) divide the property into lots of not less than 50 acres or in such greater or lesser amounts as
13 ordered by the court;

14     (II) furnish a survey of such prepared by a registered surveyor; and

15     (III) designate the order in which those lots shall be sold.

16     When a sufficient number of lots are sold to satisfy the amount of the execution and costs of sale,
17 the marshal shall stop the sale.

18     You shall also conduct the sale pursuant to the other applicable provisions of 28 U.S.C. § 3203
19 as well as the applicable provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 et
20 seq.

21     You shall endorse, in the space provided below, the exact hour and date of receipt of this writ of
22 execution. You shall make a written record of every levy, specify the property on which levy is made,
23 the date on which levy is made, and your costs, expenses, and fees.

24 //
25 //
26 //
27 //
28

WRIT OF EXECUTION
CASE NO: 16-CR-0043 HSG

4

You shall further make a written return to the Court on each writ of execution stating concisely what was done pursuant to the writ, and to deliver a copy thereof to the United States Attorney who requested the writ. The writ shall be returned not more than 150 days after the date of issuance if levy is not made, or if levy is made, then the writ shall be returned not more than 10 days after the date of sale of property on which levy is made.

ISSUED on the __8th__ day of __March__, 2022

MARK B. BUSBY,
Clerk of the Court
United States. District Court
for the Northern District of California

*Mark B. Busby*

By: _Cynthia J. Lenahan_
Deputy Clerk

U.S. Marshal's Endorsement

(28 U.S.C. § 3203(d)(3)(A))

Date Writ Received: _____

Time Writ Received: _____

Signature of Authorized
Deputy U.S. Marshal:         _____
                             (Signature)

                             _____
                             (Type or print name)

WRIT OF EXECUTION
CASE NO: 16-CR-0043 HSG

5